UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

KYRIE CAMPBELL,

    Defendant.

CRIMINAL ACTION NO.
1:17-CR-00207-CAP-CMS-3

## O R D E R

Before the court is the Magistrate Judge's report and recommendation ("R & R") that defendant Kyrie Campbell's motion in limine to suppress certain statements he allegedly made after his arrest be denied as moot [Doc. No. 186]. The R & R was received without objection.

While the defendant originally moved to suppress all the statements he made to law enforcement because he alleged he never received any *Miranda* warnings [Doc. No. 104], he later amended his motion to suppress only his statements to Lieutenant Allen of the Lilburn Police Department before receiving his *Miranda* warnings [Doc. No. 154]. He no longer challenges the voluntariness of the recorded statement he gave to Agent Charles after receiving his *Miranda* warnings. The Government stated that it does not intend to use the defendant's pre-*Miranda* statements to Lieutenant Allen during its case in chief [Doc. No. 173].

After a review of the Magistrate Judge's R & R, the court receives the R & R with approval and adopts it as the opinion and order of this court. The defendant's motion in limine to suppress illegally obtained statements [Doc. No. 104] is DENIED AS MOOT.

**SO ORDERED** this 30th day of October, 2018.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge